**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| JOSE MANUEL LOZANO-LEON, | Nos. 06-73527 |
| | 06-74977 |
| Petitioner, | |
| | Agency No. A098-568-157 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petitions for Review of Orders of the
Board of Immigration Appeals

Submitted October 9, 2012[**]

Before:    RAWLINSON, MURGUIA, and WATFORD, Circuit Judges.

In these consolidated petitions for review, Jose Manuel Lozano-Leon, a

native and citizen of Mexico, petitions for review of the Board of Immigration

Appeals' ("BIA") orders dismissing his appeal from an immigration judge's

decision denying his request for a continuance and denying his motion to

_____

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

reconsider.  We have jurisdiction under 8 U.S.C. § 1252.  We review for abuse of discretion the denial of a continuance, *Ahmed v. Holder*, 569 F.3d 1009, 1012 (9th Cir. 2009), and the denial of a motion to reconsider, *Cano-Merida v. INS*, 311 F.3d 960, 964 (9th Cir. 2002).  We review de novo claims of due process violations.  *Id.*  We deny the petitions for review.

The agency did not abuse its discretion in denying Lozano-Leon's request for a continuance.  *See Ahmed*, 569 F.3d at 1012 (continuance may be granted for good cause).

The BIA did not abuse its discretion in denying Lozano-Leon's motion to reconsider on the ground that the motion failed to identify any error of fact or law in the BIA's prior order.  *See* 8 C.F.R. § 1003.2(b)(1).

**PETITIONS FOR REVIEW DENIED.**